

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-14-00010-CV

## Trial Court No. CV-00396-11-03

**Mary Hall**

**Vs.**

**Ralph & Kacoo's of Lufkin, Texas d/b/a Great Texas Foods Corp., d/b/a Brazos Cattle Co.**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $15.00 | JoAnn  Love |
| Motion fee | $10.00 | Donna  Edwards |
| Motion fee | $10.00 | Jackie  Groves |
| Motion fee | $10.00 | Jackie  Groves |
| Clerk's record | $447.00 | Unknown |
| Supreme Court chapter 51 fee | $50.00 | Harbour Firm |
| Required Texas.gov efiling fee | $20.00 | Harbour Firm |
| Filing | $100.00 | Harbour Firm |
| Indigent | $25.00 | Harbour Firm |
| **TOTAL:** | $687.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct.  GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 23rd day of March 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk